FILED IN OPEN COURT
ON 11/3/15 JRJ
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CR-25-1BR-(4)

UNITED STATES OF AMERICA        )
                                )
v.                              )        **I N D I C T M E N T**
                                )
MARIA ESTHER SANCHEZ-OSORIO     )

The Grand Jury charges:

## COUNT ONE

**[False Claim of Citizenship with Intent to Engage Unlawfully in Employment in the United States; 18 U.S.C. § 1015(e)]**

On or about May 28, 2013, in the Eastern District of North Carolina, the defendant, MARIA ESTHER SANCHEZ-OSORIO, did knowingly make a false statement and claim that she was a citizen of the United States with the intent to engage unlawfully in employment in the United States, in violation of Title 18, United States Code, Section 1015(e).

[remainder of page intentionally left blank]

1

## COUNT TWO

**[False Representation of a Social Security Account Number;
42 U.S.C. § 408(a)(7)(B)]**

On or about May 28, 2013, in the Eastern District of North Carolina, the defendant, MARIA ESTHER SANCHEZ-OSORIO, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, did knowingly and with intent to deceive, falsely represent Social Security account number XXX-XX-2252 to have been assigned by the Commissioner of Social Security to her, when in fact, as the defendant well knew, such number is not the Social Security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

[remainder of page intentionally left blank]

2

## COUNT THREE

### [Fraud and misuse of visas, permits, and other documents; 18 U.S.C. § 1546(a)]

On or about June 12, 2013, in the Eastern District of North Carolina, the defendant, MARIA ESTHER SANCHEZ-OSORIO, did knowingly possess a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a Permanent Resident Card, which the defendant knew to be falsely made, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

_11-3-2015_____
DATE

THOMAS G. WALKER
United States Attorney

_____
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

3